**Order filed May 9, 2013**



## In The

# Eleventh Court of Appeals

———————

## No. 11-13-00055-CR

———————

## DAVID LEE CLEMENT, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 271st District Court**

**Wise County, Texas**

**Trial Court Cause No. CR16160**

### O R D E R

This appeal has become stalled due to the failure of Jeffery Goodwyn, the court reporter for the 271st District Court, to prepare and file in this court the reporter's record. Pursuant to an order of the Fort Worth Court of Appeals, the reporter's record was due on March 25, 2013. This court has received no request from Goodwyn seeking an extension of time in which to file the reporter's record.

By this order, Jeffery Goodwyn is ORDERED to file the reporter's record in this cause on or before **May 24, 2013**.

It is further ordered by this court that the clerk of this court furnish a copy of this order to the trial court from which this appeal has been taken.

PER CURIAM

May 9, 2013

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.